JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
DAVID G. ROBINS, IDAHO STATE BAR NO. 8494
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE STREET, SUITE 500
BOISE, ID 83702
TELEPHONE: (208) 334-1211

**U.S. COURTS**

**OCT 11 2023**

Revd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSIAH PAUL YEASLEY,<br><br>Defendant. | Case No. **CR 23-0273-S DCN**<br><br>**INDICTMENT**<br><br>18 U.S.C. § 1466A(b)(1)<br>18 U.S.C. § 1467(a) |

The Grand Jury charges:

**COUNT ONE**
**Possession of Obscene Visual Representations of the Sexual Abuse of Children**
**18 U.S.C. § 1466A(b)(1)**

On, about, or between May of 2023, in the District of Idaho, the Defendant, JOSIAH PAUL YEASLEY, did knowingly possess a visual depiction(s) of any kind that depicts a minor engaging in sexually explicit conduct that is obscene, which have been transported using the internet, a means and facility of interstate commerce, and were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by a computer, to wit: a black Samsung Galaxy S23 cellular phone, having International Mobile Equipment Identity number RFCW20NWQ6P, all in violation of Title 18, United States Code, Sections 1466A(b)(1).

**INDICTMENT - 1**

## CRIMINAL FORFEITURE ALLEGATION
### Sexual Exploitation Forfeiture
### 18 U.S.C. § 1467(a)

Upon conviction of the offenses alleged in Count One of this Indictment, the Defendant, JOSIAH PAUL YEASLEY, shall forfeit to the United States his interest in (1) any obscene material produced, transported, mailed, shipped, or received in violation of Chapter 71 of Title 18, United States Code; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense. The property to be forfeited includes, but is not limited to, the following:

1.    Seized Property.

      a.    black Samsung Galaxy S23 cellular phone, International Mobile Equipment Identity number RFCW20NWQ6P

2.    Substitute Assets. Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

      a.    Cannot be located upon the exercise of due diligence;

      b.    Has been transferred or sold to, or deposited with, a third person;

      c.    Has been placed beyond the jurisdiction of the court;

      d.    Has been substantially diminished in value; or

      e.    Has been commingled with other property which cannot be subdivided without difficulty.

**INDICTMENT - 2**

Dated this 11th day of October, 2023.

A TRUE BILL

/s/ [signature on reverse]

FOREPERSON

JOSHUA D. HURWITT
UNITED STATES ATTORNEY
By:

DAVID G. ROBINS
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT - 3**