# CRIMINAL COVERSHEET

| DEFENDANT'S NAME: **Josiah Paul Yeasley** | CASE INFORMATION: |
|---|---|
| JUVENILE: No | RELATED COMPLAINT:  No |
| PUBLIC or SEALED: Public | CASE NUMBER: |
| SERVICE TYPE: Warrant | |
| (Summons/ Warrant/ Notice) | CR 23-0273 · S DCN |
| ISSUE: Yes | County of Offense:  Ada |
| INTERPRETER: No | |
| If YES, language: | |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

Felony: **Yes**          Class A Misdemeanor: **No**

Class B or C Misdemeanor: **No**

(Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1466A(b)(1) | ONE | **Possession of Obscene Visual Representations of the Sexual Abuse of Children** | Up to 10 years imprisonment, not less than 5 years and up to lifetime supervised release, $250,000 fine, $5,100 special assessment |
| 18 U.S.C. § 1467(a) | **FORFEITURE ALLEGATION** | **Sexual Exploitation Forfeiture** | Forfeiture of Listed Property |

Date:     11 October 2023          Assistant U.S. Attorney:  DAVID G. ROBINS

Telephone No.:  (208) 334-1211

**U.S. COURTS**

**OCT 11 2023**

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO