JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
DAVID G. ROBINS, IDAHO STATE BAR NO. 8494
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>    vs.<br><br>JOSIAH PAUL YEASLEY,<br><br>            Defendant. | Case No. 1:23-cr-00273-DCN<br><br>**MOTION FOR DETENTION** |

Pursuant to 18 U.S.C. § 3142(e) and (f), the United States requests the Defendant's

detention pending trial.

A detention hearing is authorized to determine whether any condition or combination of

conditions will reasonably assure the appearance of the Defendant as required and the safety of

any other person and the community because there is probable cause to believe that the

Defendant committed a crime of violence for which a maximum term of imprisonment of ten or

more years is prescribed. *See* 18 U.S.C. § 3142(f)(1)(A).

There is a statutory rebuttable presumption that no condition or combination of

conditions will reasonably assure the appearance of the Defendant as required and the safety of

MOTION FOR DETENTION - 1

the community because there is probable cause that the Defendant committed an offense involving a minor victim under 18 U.S.C. § 1466A(b)(1).

The Government alleges that, based on the following factors to be considered by the Court set out in 18 U.S.C. § 3142(g), there are no conditions of release that will reasonably assure the appearance of the Defendant as required and/or the safety of any other person and the community:

1. The nature and circumstances of the offense charged involves a minor victim;

2. The weight of the evidence against the Defendant;

3. The history and characteristics of the Defendant, including:

    a. the Defendant's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings; and

    b. whether, at the time of the current offense or arrest, the Defendant was on probation, on parole, or on other release pending trial, sentencing, appeal, or completion of sentence for an offense under federal, state or local law; and

4. The nature and seriousness of the danger to any person or the community that would be posed by the Defendant's release.

For these reasons, the Government requests that the Defendant be detained pending trial in this case.

MOTION FOR DETENTION - 2

Respectfully submitted this 6th day of November, 2023.

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:


*/s/ David G. Robins*
DAVID G. ROBINS
Assistant United States Attorney

MOTION FOR DETENTION - 3