# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

UNITED STATES OF AMERICA                    *WARRANT FOR ARREST*

v.

JOSIAH PAUL YEASLEY                         4:23-cr-00273-DCN

**RECEIVED**
*By U.S. Marshals Service at 11:26 am, Oct 12, 2023*

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JOSIAH PAUL YEASLEY** and bring

forthwith to the nearest magistrate judge to answer **INDICTMENT** charging with the below listed

violation.

18 U.S.C. § 1466A (b)(1)

POSSESSION OF OBSCENE VISUAL REPRESENTATIONS OF THE SEXUAL ABUSE OF CHILDREN

Anne Copas, Deputy Clerk                    October 12, 2023

United States Courts
District of Idaho                            .           Date
**ISSUED**
AnneCopas
on Oct 12, 2023 11:21 am

---

### RETURN

---

This warrant was received ___10/12/2023___ and executed with the arrest of the above-name
individual at ___Boise, ID___ .

_____          __11/3/2023_____
Signature of Arresting Officer          Date of Arrest

_Signy on behalf of DUSM Doty_
Name & Title of Arresting Officer