# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

Initial Appearance/Arraignment on Indictment
Initial Appearance on Supervised Release Petition (docket #44)

MAGISTRATE JUDGE: Raymond Patricco        DATE: November 7, 2023
DEPUTY CLERK/ESR: Stuart Kaylor           TIME: 12:22 pm – 12:36 pm

## UNITED STATES OF AMERICA vs. Josiah Paul Yeasley
Case No. 1:16-CR-179-BLW-1 and 1:23-CR-273-DCN-1

United States (AUSA): David Robins
Defendant: Thomas Monaghan CJA
USPO: Gavin Zickefoose

## IA/Arraignment:

Constitutional Rights advised.
Maximum Penalties Provided.
Court examined defendant's current Financial Affidavit and appointed the Federal Defender.

PLEA: NOT GUILTY

Court advised of Due Process Protections Act.

Parties made elections and Procedural Order entered. Jury Trial is set for January 8, 2024 at 1:30 p.m. before Judge David C. Nye in Boise, Idaho. Telephone readiness conference set for December 28, 2023 at 4:00 p.m. with the Government to initiate the call.

Defendant signed Assertion of 5th and 6th Amendment Rights.

Counsel to retain a copy of the Pretrial Services report.

Defendant advised of rights to a detention hearing.

Order of Temporary Detention entered pending Detention Hearing.

## IA Revocation:

Court reviewed the record.
Defendant appears in custody on a Warrant/Supervised Release Petition.
Constitutional Rights advised as to counsel/revocation.
Supervised Release Petition provided to the defendant, he has read it and waived reading.
The CJA is appointed to represent the defendant in this matter.

Defendant advised of his rights to a preliminary exam and detention hearing.

Order of Temporary Detention entered.

**Preliminary Exam/Detention Hearing set for November 9, 2023 at 3:00pm before Judge Raymond Patricco.**

**Final Revocation Hearing set for January 8, 2024 at 1:30 p.m. before Judge David C. Nye.**

Defendant remanded to the custody of the USMS.